

# Fourth Court of Appeals
## San Antonio, Texas

September 26, 2016

No. 04-16-00556-CV

**ESTATE OF ADAN J. DOMINGUEZ, DECEASED**,

From the Probate Court No 2, Bexar County, Texas
Trial Court No. 2015PC2096
Honorable Tom Rickhoff, Judge Presiding

## O R D E R

The clerk's and reporter's records are due to be filed November 4, 2016. On August 23, 2016, appellant filed a motion for extension of time to file the notice of appeal, an affidavit of indigence, and a motion for extension of time to file an affidavit of indigence. On September 1, 2016, appellee and the court reporter filed a contest to appellant's affidavit of indigence. The contest is currently set for a hearing before the trial court on September 30, 2016. On September 22, 2016, appellant filed a motion for extension of time to file a bill of exception.

All of appellant's motions will be held in abeyance pending the determination of the contest and the filing of the appellate record.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of September, 2016.

_____
Keith E. Hottle
Clerk of Court